UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISIONs

CASE NO: 6:25-cv-01715-MOE/PRICE

MARIA ALVAREZ,

        Plaintiff,

v.

M/I HOMES OF ORLANDO, LLC

        Defendant.

_____/

## REPORT OF MEDIATION

    A mediation conference was held on July 14, 2026 for the above-referenced matter. Mediator KAREN EVANS-PUTNEY conducted the proceedings. The parties were present as indicated by their signatures below.

_____ A complete agreement was reached.

_____ A partial agreement was reached.

_____ No agreement was reached.

_____ The mediation was adjourned until _____.

_____
Maria Alvarez

_____
Plaintiff's Counsel

_____
M/I Homes of Orlando, LLC

_____
Defendant's Counsel

_____
Karen Evans-Putney, Mediator

_____
Date